UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22459-CIV-JORDAN/TORRES

ELOY ROJAS MAMANI, *et al.*,

    Plaintiffs,

v.

JOSE CARLOS SANCHEZ BERZAIN,

    Defendant.
_____/

**ORDER OF RECUSAL AND ORDER OF REASSIGNMENT**

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses himself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. §455(a) and S.D. Fla. Local Rule 3.6.

**DONE AND ORDERED** at Miami, Florida, this 19th day of October, 2007.

EDWIN G. TORRES
United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Chris M. McAliley.

Copies of this order shall be served on all pending counsel of record. All documents for filing in this case shall carry the following case number and designation:

__07-22459-CIV-Jordan/McAliley__

BY ORDER OF COURT this __23__ day of __October__ 2007, Miami, Florida.

CLARENCE MADDOX, CLERK

By:_____
Deputy Clerk

Copies provided to:
  Honorable Adalberto Jordan
  Chris M. McAliley, U.S. Magistrate Judge
  Counsel of Record
  Case Assignment Clerk