UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22459-CIV-JORDAN

| | |
|---|---|
| ELOY ROJAS MAMANI, et al., | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| JOSE CARLOS SANCHEZ BERZAIN, | ) ) |
| Defendant | ) ) |
| _____ | ) |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

Mr. Berzain's motion [D.E. 64] for David Rudovsky, Esq., to appear *pro hac vice* is GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 28th day of April, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel or record