# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### (Miami Division)

### Case No. 07-22459–Civ–(JORDAN/MCALILEY)

| | |
|---|---|
| ELOY ROJAS MAMANI, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| JOSÉ CARLOS SÁNCHEZ BERZAÍN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE FOR PRE-TRIAL PURPOSES PURSUANT TO RULE 42(a)

Upon the motion of Defendant for an order granting his unopposed motion to consolidate for pre-trial purposes pursuant to Rule 42(a), and for good cause, it is hereby

ORDERED that Defendant Sánchez Berzaín's Unopposed Motion to Consolidate for Pre-Trial Purposes Pursuant to Rule 42(a) is GRANTED; and it is

FURTHER ORDERED that this case is hereby consolidated for pre-trial purposes with the case captioned *Mamani, et al. v. Gonzalo Sánchez de Lozada Sánchez Bustamante*, Case No. 08-21093—Civ—(JORDAN/MCALILEY).

5·2·08        _____
                                UNITED STATES DISTRICT JUDGE

cc: Counsel of record