IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22459-CIV (JORDAN/TORRES) & CASE NO. 08-21063-CIV (JORDAN)

| | |
|---|---|
| ELOY ROJAS MAMANI, et al., ) | Case No. 08-21063-Civ-(JORDAN) |
| Plaintiffs, ) | |
| vs. ) | |
| GONZALO DANIEL SÁNCHEZ DE LOZADA SÁNCHEZ BUSTAMANTE, ) | |
| Defendant. ) | |
| ELOY ROJAS MAMANI, et al., ) | Case No. 07-22459-Civ-(JORDAN) |
| Plaintiffs, ) | |
| vs. ) | |
| JOSÉ CARLOS SÁNCHEZ BERZAÍN, ) | |
| Defendant. ) | |

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
BETH STEPHENS, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Beth Stephens and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Beth Stephens in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Beth Stephens is granted to appear and participate in this action on behalf of Plaintiffs Eloy Rojas Mamani, Etelvina Ramos Mamani, Sonia Espejo Villalobos, Hernán Apaza Cutipa, Juan Patricio Quispe Mamani, Teófilo Baltazar Cerro, Juana Valencia de Carvajal, Hermógenes Bernabé Callizaya, Gonzalo Mamani Aguilar, and Felicidad Rosa Huanca Quispe. The Clerk shall provide electronic notification of all electronic filings to Beth Stephens at beth.stephens@rutgers.edu.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of September.

_____
United States District Judge

Copies furnished to:
All Counsel of Record