# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| ELOY ROJAS MAMANI, ETELVINA RAMOS MAMANI, SONIA ESPEJO VILLALOBOS, HERNÁN APAZA CUTIPA, TEÓFILO BALTAZAR CERRO, JUANA VALENCIA DE CARVAJAL, HERMÓGENES BERNABÉ CALLIZAYA, GONZALO MAMANI AGUILAR, AND FELICIDAD ROSA HUANCA QUISPE<br><br>    Plaintiffs,<br><br>v.<br><br>GONZALO DANIEL SÁNCHEZ DE LOZADA SÁNCHEZ BUSTAMANTE,<br><br>    Defendant.<br>_____ | **Case No. 08-21063-CV-COHN** |
| ELOY ROJAS MAMANI, ETELVINA RAMOS MAMANI, SONIA ESPEJO VILLALOBOS, HERNÁN APAZA CUTIPA, TEÓFILO BALTAZAR CERRO, JUANA VALENCIA DE CARVAJAL, HERMÓGENES BERNABÉ CALLIZAYA, GONZALO MAMANI AGUILAR, AND FELICIDAD ROSA HUANCA QUISPE<br><br>    Plaintiffs,<br><br>v.<br><br>JOSÉ CARLOS SÁNCHEZ BERZAÍN,<br><br>    Defendant.<br>_____ | **Case No. 07-22459-CV-COHN** |

## COMPENDIUM OF EVIDENCE IN SUPPORT OF
## PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS

## Compendium of Evidence (Declarations & Exhibits)

**Declaration of Thomas Becker & Exhibit**

    A. *Excerpts from* Terminologia Militar (Bolivian Military Terminology), and a true and correct translation of same.

**Declaration of Jeremy F. Bollinger & Exhibit**

    B. Notice filed by the U.S. Department of Justice with this Court in Case No. 07-cv-22459, Document #107.

- Attached as Exhibit A, or Document #107-2, to the Notice is a Diplomatic Note dated June 20, 2008, and Letters to Secretary of State Condoleezza Rice from the Embassy of Bolivia dated June 19, 2008.

- Attached as Exhibit B, or Document #107-3, to the Notice is a letter to the Honorable Gregory Katsas, Assistant Attorney General, Civil Division, Department of Justice, from the Honorable John B. Bellinger, III, Legal Adviser, United States Department of State dated Oct. 21, 2008.

**Declaration of Paulino L. Verástegui Palao & Exhibits**

    C. Curriculum Vitae of Paulino L. Verástegui Palao, and a true and correct translation of same.

    D. Annex of Bolivian legal provisions cited in Verástegui declaration, and a true and correct translation of same.

    E. Bolivian Humanitarian Assistance Agreement, November 26, 2008, and a true and correct translation of same.

    F. Law No. 3955 in the Official Gazette of Bolivia, November 6, 2008, and a true and correct translation of same.

Dated: December 18, 2013
    Miami, Florida

                                    Respectfully submitted,

                                    By*:*   */s/ Ira J. Kurzban*
                                    Ira J. Kurzban (Fla. Bar No. 225517)
                                    KURZBAN KURZBAN WEINGER TETZELI AND PRATT P.A.
                                    Plaza 2650
                                    2650 SW 27th Avenue, 2nd Floor
                                    Miami, FL  33133
                                    Tel: (305) 444-0060
                                    Fax: (305) 444-3503
                                    E-mail: ira@kkwtlaw.com
                                    *Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*

Judith Brown Chomsky (*pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
Post Office Box 29726
Elkins Park, PA 19027
Tel:  (215) 782-8367
Fax:  (215) 782-8368
E-mail: jchomsky@igc.org

Beth Stephens (*pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
Seventh Floor
New York, NY 10012
Tel:   (212) 614-6431
Fax:  (212) 614-6499
E-mail: jgreen@ccr-ny.org

David Rudovsky (*pro hac vice*)
KAIRYS, RUDOVSKY, MESSING & FEINBERG LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19016
Tel: (215) 925-4400
Fax: (215) 925-5365
E-mail: drudovsk@law.upenn.edu

Tyler R. Giannini (*pro hac vice*)
Susan H. Farbstein (*pro hac vice*)
INTERNATIONAL HUMAN RIGHTS CLINIC, Human Rights Program
Harvard Law School
Pound Hall 401, 1563 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 495-9362
Fax: (617) 495-9393
E-mail: giannini@law.harvard.edu

Paul Hoffman
SCHONBRUN, DE SIMONE, SEPLOW, HARRIS & HOFFMAN, LLP
723 Ocean Front Walk
Venice, CA 90201
Tel: (310) 396-0731
Fax: (310) 399-7040
E-mail: hoffpaul@aol.com

Steven H. Schulman (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue NW
Washington, DC 20036
Tel:  (202) 887-4000
Fax: (202) 887-4288
E-mail: sschulman@akingump.com

Michael D. Small (*pro hac vice*)
Jeremy F. Bollinger (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067
Tel:  (310) 229-1000
Fax: (310) 229-1043
E-mail:  msmall@akingump.com
E-mail:  jbollinger@akingump.com

James L. Cavallaro (*pro hac vice*)
INTERNATIONAL HUMAN RIGHTS AND CONFLICT RESOLUTION CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305
Tel: (650) 724-9157
E-mail: jcavallaro.law.stanford.edu

**CERTIFICATE OF SERVICE**

I hereby certify that that on December 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Rebecca McNew*
Rebecca McNew

**SERVICE LIST**

Mark P. Schnapp, Esq.
Eliot Pedrosa, Esq.
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, FL 33131
(305) 579-0500
schnappm@gtlaw.com
pedrosae@gtlaw.com

Glenn E. Goldstein, Esq.
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL  33301
(954) 765-0500
goldsteing@gtlaw.com

Kannon K. Shanmugam
Ana C. Reyes
Kristin A. Shapiro
Greg S. Hillson
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
kshanmugam@wc.com
areyes@wc.com
kshapiro@wc.com
ghillson@wc.com