## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| ELOY ROJAS MAMANI, *et al.*, | ) **Case No. 08-21063-CV-COHN** |
| Plaintiffs, | ) |
| v. | ) |
| GONZALO DANIEL SÁNCHEZ DE LOZADA SÁNCHEZ BUSTAMANTE, | ) |
| Defendant. | ) |
| _____ | ) |
| | ) **Case No. 07-22459-CV-COHN** |
| ELOY ROJAS MAMANI, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| JOSÉ CARLOS SÁNCHEZ BERZAÍN, | ) |
| Defendant. | ) |
| _____ | ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christine D. Doniak of the law firm of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, 44th Floor, New York, NY 10036-6745, Tel. (212) 872-1000, for purposes of appearance as co-counsel on behalf of plaintiffs Eloy Rojas Mamani, Etelvina Ramos Mamani, Sonia Espejo Villalobos, Hernán Apaza

1

Cutipa, Juan Patricio Quispe Mamani, Teófilo Baltazar Cerro, Juana Valencia de Carvajal, Hermógenes Bernabe Callizaya, Gonzalo Mamani Aguilar, and Felicidad Rosa Huanca Quispe, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Christine D. Doniak to receive electronic filings in this case, and in support thereof states as follows:

1. Christine D. Doniak is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York and is admitted to practice in the United States District Court for the Southern District of New York.

2. Movant, Ira J. Kurzban, Esquire, of the law firm of Kurzban, Kurzban, Weinger, Tetzili and Pratt P.A., Plaza 2650, 2650 SW 27th Avenue, 2nd Floor, Miami, Florida 33133-3503, Tel. (305) 444-0060, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Christine D. Doniak has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Christine D. Doniak, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christine D. Doniak at email address: cdoniak@akingump.com.

WHEREFORE, Ira J. Kurzban, moves this Court to enter an Order permitting Christine D. Doniak to appear before this Court on behalf of plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Christine D. Doniak.

Date: July 26, 2017

Respectfully Submitted,

By: */s/ Ira J. Kurzban*
Ira J. Kurzban (Fla. Bar No. 225517)
KURZBAN KURZBAN WEINGER TETZILI
 AND PRATT P.A.
Plaza 2650
2650 SW 27th Avenue, 2nd Floor
Miami, FL 33133
Tel: (305) 444-0060
Fax: (305) 444-3503
Email: ira@kkwtlaw.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Ira J. Kurzban<br>KURZBAN KURZBAN WEINGER TETZILI AND PRATT P.A.<br>Plaza 2650<br>2650 SW 27th Avenue, 2nd Floor<br>Miami, FL 33133<br>Tel: (305) 444-0060<br>Fax: (305) 444-3503<br>Email: ira@kkwtlaw.com | Steven H. Schulman (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue NW<br>Washington, DC 20036<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288<br>E-mail: sschulman@akingump.com |
| Judith Brown Chomsky (*pro hac vice*)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>Post Office Box 29726<br>Elkins Park, PA 19027<br>Tel: (215) 782-8367<br>Fax: (215) 782-8368<br>E-mail: judithchomsky@icloud.com | Jennifer L. Woodson (*pro hac vice*)<br>Saurabh Sharad (*pro hac vice*)<br>Christine D. Doniak (*pro hac vice forthcoming*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Tel: (212) 872-8061<br>Fax: (212) 872-1002<br>E-mail: jwoodson@akingump.com<br>E-mail:ssharad@akingump.com |
| Beth Stephens (*pro hac vice*)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway<br>Seventh Floor<br>New York, NY 10012<br>Tel: (212) 614-6431<br>Fax: (212) 614-6499<br>E-mail: beth.stephens@rutgers.edu | Edward A. Woods (*pro hac vice*)<br>Mariya Hutson (*pro hac vice*)<br>Jonathan Slowik (*pro hac vice*)<br>Zak Franklin (*pro hac vice*)<br>Daniela Spencer (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067<br>Tel: (310) 229-1000<br>Fax: (310) 229-1001<br>E-mail: ewoods@akingump.com<br>E-mail: mhutson@akingump.com<br>E-mail: jpslowik@akingump.com<br>E-mail: zfranklin@akingump.com<br>E-mail: dspencer@akingump.com |
| David Rudovsky (*pro hac vice*)<br>KAIRYS, RUDOVSKY, MESSING & FEINBERG LLP<br>718 Arch Street, Suite 501 South<br>Philadelphia, PA 19016<br>Tel: (215) 925-4400<br>Fax: (215) 925-5365 | Rubén H. Muñoz (*pro hac vice*)<br>Jason Weil (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square<br>2001 Market Street Suite 4100<br>Philadelphia, PA 19103-7013<br>Tel: (215) 965-1200 |

| | |
|---|---|
| E-mail: drudovsk@law.upenn.edu | Fax:  (215) 965-1210<br>E-mail: rmunoz@akingump.com<br>E-mail: jweil@akingump.com |
| Jeremy F. Bollinger (*pro hac vice*)<br>MOSS BOLLINGER LLP<br>15300 Ventura Blvd., Suite 207<br>Sherman Oaks, California 91403<br>Tel: (310) 982-2984<br>Fax: (310) 861-0389<br>Email: jeremy@mossbollinger.com | Paul Hoffman<br>SCHONBRUN, SEPLOW,<br>HARRIS & HOFFMAN, LLP<br>723 Ocean Front Walk<br>Venice, CA 90201<br>Tel: (310) 396-0731<br>Fax: (310) 399-7040<br>E-mail: hoffpaul@aol.com |
| Tyler R. Giannini (*pro hac vice*)<br>Susan H. Farbstein (*pro hac vice*)<br>INTERNATIONAL HUMAN RIGHTS<br>CLINIC, Human Rights Program<br>Harvard Law School<br>Pound Hall 401, 1563 Massachusetts Avenue<br>Cambridge, MA 02138<br>Tel: (617) 495-9362<br>Fax: (617) 495-9393<br>E-mail: giannini@law.harvard.edu<br>E-mail: sfarbstein@law.harvard.edu | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by electronic transmission, on July 26, 2017, on all counsel or parties of record on the attached service list.

*/s/ Ira J. Kurzban*
Ira J. Kurzban

**Case Nos.: 07-22459 & 08-21063 (COHN/SELTZER)**