UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22459-CIV-COHN-SELTZER
CASE NO. 08-21063-CIV-COHN-SELTZER

ELROY ROJAS MAMANI, et al.,

    Plaintiffs,

v.

JOSÉ CARLOS SÁNCHEZ BERZAÍN,

    Defendant.
_____/

ELROY ROJAS MAMANI, et al.,

    PlaintiffS,

v.

GONZALO DANIEL SÁNCHEZ DE LOZADA
DE SÁNCHEZ BUSTAMANTE,

    Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO (1) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND (2) DEFENDANTS' MOTION TO EXCUDE TESTIMONY OF PHILIP P. HAYDEN AND REQUEST FOR A SCHEDULING CONFERENCE**

    **THIS CAUSE** is before the Court on Plaintiffs' Motion for Extension of Time to file

Opposition to (1) Defendants' Motion for Summary Judgment and (2) Defendants

Motion to Exclude Testimony of Philip P. Hayden and Request for Scheduling

Conference.  DE 344 in Case No. 07-22459; DE 322 in Case No. 08-21063 ("Motion").

The Court has considered the Motion and Defendants' response in opposition [DE 345

in Case No. 07-22459; DE 323 in Case No. 08-21063], and is otherwise advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion [DE 344 in Case No. 07-22459; DE 322 in Case No. 08-21063] is **GRANTED in part and DENIED in part**.

2. Plaintiffs' responses to Defendants' Motion for Summary Judgment [DE 339 in Case No. 07-22459; DE 316 in Case No. 08-21063] and Defendants' Motion to Exclude the Testimony of Philip P. Hayden [DE 337 in Case No. 07-22459; DE 314 in Case No. 08-21063] shall be filed on or before **December 29, 2017**.  Defendants' replies, if any, shall be filed on or before **January 12, 2018**.

3. The parties shall file their joint pretrial stipulation pursuant to Local Rule 16.1(e) on or before **February 23, 2018**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of December, 2017.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF