UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELROY ROJAS MAMANI, et al.,

    Plaintiffs,

v.                                              CASE NO. 07-22459-CIV-COHN-SELTZER

JOSÉ CARLOS SÁNCHEZ BERZAÍN,

    Defendant.
_____/

ELROY ROJAS MAMANI, et al.,

    Plaintiffs,

v.                                              CASE NO. 08-21063-CIV-COHN-SELTZER

GONZALO DANIEL SÁNCHEZ DE
LOZADA DE SÁNCHEZ BUSTAMANTE,

    Defendant.
_____/

**ORDER DIRECTING FILING OF REDACTED VERSIONS OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, COUNTERSTATEMENT OF MATERIAL FACTS, AND DECLARATION OF JOSEPH L. SORKIN AND EXHIBITS CITED IN SUPPORT THEREOF**

**THIS CAUSE** is before the Court sua sponte.  On December 20, 2017, Plaintiffs moved for an order permitting them to file their summary judgment papers under seal, and represented to the Court that they would file redacted versions of those documents on the Court's public docket.  DE 349 in No. 07-22459 and DE 327 in No. 08-21063.  The Court granted Plaintiffs' motion the following day.  DE 351 in No. 07-22459 and DE 329 in No. 08-21063.  To date, Plaintiffs have yet to file redacted versions of the documents identified in that motion.  Accordingly, it is

**ORDERED AND ADJUDGED** that, on or before **January 17, 2018**, Plaintiffs shall file redacted versions of their Memorandum in Opposition to Defendants' Motion for Summary Judgment, Counterstatement of Material Facts, and Declaration of Joseph L. Sorkin and exhibits cited in support thereof [DE 353 to DE 355 in No. 07-22459 and DE 331 to DE 333 in No. 08-21063] on the Court's public docket.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of January, 2018.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF