UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELROY ROJAS MAMANI, et al.,

    Plaintiffs,

v.          CASE NO. 07-22459-CIV-COHN-SELTZER

JOSÉ CARLOS SÁNCHEZ BERZAÍN,

    Defendant.
_____/

ELROY ROJAS MAMANI, et al.,

    Plaintiffs,

v.          CASE NO. 08-21063-CIV-COHN-SELTZER

GONZALO DANIEL SÁNCHEZ DE
LOZADA DE SÁNCHEZ BUSTAMANTE,

    Defendant.
_____/

**ORDER DIRECTING THE FILING OF REDACTED VERSIONS OF SEALED FILINGS
ON THE COURT'S PUBLIC DOCKET**

    **THIS CAUSE** is before the Court <u>sua sponte</u>.  It is hereby

    **ORDERED AND ADJUDGED** that, on or before **February 8, 2018**, the parties shall file redacted versions of the following documents on the Court's public docket:

    1.    Defendants' Motion in Limine to Exclude Mr. Bjork-James' Death Database and Opinions Derived From It [DE 358 in No. 07-22459 and DE 338 in No. 08-21063], Defendants' Amended Motion in Limine to Exclude Mr. Bjork-James' Death Database and Opinions Derived From It [DE 361 in No. 07-22459], and Plaintiffs' Opposition to Defendants' Motion to Exclude Bjork-James Database and Opinions [DE 382 in No. 07-22459 and DE 358 in No. 08-21063]

2. Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony From and All References to the Trial of Responsibilities in Bolivia [DE 381 in No. 07-22459 and DE 356 in No. 08-21063] and Defendants' Reply Memorandum in Support of Their Motion to Exclude Material Concerning the 2009 "Trial of Responsibilities" in Bolivia [DE 390 in No. 07-22459 and DE 366 in No. 08-21063].

3. Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment [DE 373 in No. 07-22459 and DE 349 in No. 08-21063].

4. Any other sealed documents related to Defendants' motion for summary judgment and the parties' motions in limine.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of February, 2018.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF

2