UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)

Case Nos. 07-22459 & 08-21063 (COHN/SELTZER)

| | |
|---|---|
| ELOY ROJAS MAMANI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| GONZALO DANIEL SÁNCHEZ DE LOZADA SÁNCHEZ BUSTAMANTE, | ) |
| Defendant, | ) |
| JOSÉ CARLOS SÁNCHEZ BERZAÍN, | ) |
| Defendant. | ) |

**DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín provide the Court with this Notice of Compliance with the Order Directing the Filing of Redacted Versions of Sealed Filings on the Court's Public Docket in the matters Mamani, et al. v. Berzaín Case No. 07-22459 (Dkt. 392) and Mamani, et al. v. Sánchez de Lozada Case No. 08-21063 (Dkt. 368) as follows:

1. On January 25, 2018 Defendants filed on the Court's public docket their Reply Memorandum of Law in Support of Their Motion for Summary Judgment in matters Mamani, et al. v. Berzaín Case No. 07-22459 (Dkt. 384) and Mamani, et al. v. Sánchez de Lozada Case No. 08-21063 (Dkt. 360).

2. On February 7, 2017 Defendants filed on the Court's public docket their Reply Memorandum in Support of Their Motion to Exclude Material Concerning the 2009 "Trial of

Responsibilities" in Bolivia in matters Mamani, et al. v. Berzaín Case No. 07-22459 (Dkt. 397) and Mamani, et al. v. Sánchez de Lozada Case No. 08-21063 (Dkt. 373).

3. On February 8, 2017 Defendants filed on the Court's public docket their Motion in Limine to Exclude Mr. Bjork-James' Death Database and Opinions Derived From it in matters Mamani, et al. v. Berzaín Case No. 07-22459 (Dkt. 398) and Mamani, et al. v. Sánchez de Lozada Case No. 08-21063 (Dkt. 374) and the Amended Motion in Limine to Exclude Mr. Bjork-James' Death Database and Opinions Derived From it in matter Mamani, et al. v. Berzaín Case No. 07-22459 (Dkt. 399).

Dated: January 8, 2018

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

  /s/ Ana C. Reyes
Stephen D. Raber (*pro hac vice*)
Ana C. Reyes (*pro hac vice*)
James E. Gillenwater (*pro hac vice*)
Suzanne M. Salgado (*pro hac vice*)
Giselle Barcia (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

BECKER & POLIAKOFF, P.A.

Evan B. Berger
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 364-6055

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 8, 2018, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record or parties of record on the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Evan Berger
Evan Berger